SKF USA INC. and SKF Industrie
S.p.A., Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–
Appellant,

and

The Torrington Company (now known
as Timken U.S. Corporation),
Defendant–Appellee.

No. 01–1209.

United States Court of Appeals,
Federal Circuit.

April 26, 2004.

### ORDER

Upon consideration of the United States' unopposed motion to voluntarily dismiss its appeal, 01–1209,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the motion to dismiss is granted.

(2) All sides shall bear their own costs.